Petition for Writ of Mandamus Denied and Opinion filed February 12, 2003









Petition for Writ of Mandamus Denied and Opinion filed
February 12, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00170-CV

____________

 

IN RE THE BOARD OF REGENTS OF THE
UNIVERSITY OF HOUSTON SYSTEM, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On February 12, 2003, relator filed a petition
for writ of mandamus and a motion for emergency stay in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.

We deny relator=s petition for writ of mandamus and
motion for emergency stay.

 

 

PER CURIAM

 

 

Petition Denied
and Opinion filed February 12, 2003.

Panel consists of
Justices Yates, Hudson, and Frost.